# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **RHONDA ROBERTS,** <br><br> Defendant. | 16-po-5066-JTJ <br> VIOLATION: <br> 6027343 <br><br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the terms of Ms. Roberts's sentence is modified to a total fine amount of $100.

IT IS FURTHER ORDERED that Ms. Roberts's citation is considered paid in full.

DATED this 6th day of February, 2017.

_____
John Johnston
United States Magistrate Judge